IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FREDERICK WAYNE MEARS**                                      **PLAINTIFF**

v.                  Case No. 4:13-cv-00556-KGB–BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this date, judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration. It is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief sought is denied.

IT IS SO ADJDUGED this 30th day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE